Bruce L. Schechter (SBN: 101929)
Khail A. Parris (SBN: 307296)
Brittney M. Schneider (SBN: 306987)
**PARRIS LAW FIRM**
43364 10th Street West
Lancaster, California 93534
Telephone: (661) 949-2595
Facsimile: (661) 949-7524

Attorneys for Plaintiffs

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER ALFARO and SILVIA ALFARO, | CASE NO.: 2:17-cv-02109-R-GJS |
| Plaintiff(s), | **ORDER ON STIPULATION REGARDING REMAND** |
| v. | |
| WEYERHAEUSER COMPANY, et al. | |
| Defendant(s). | |
| | *Assigned for all purposes to the Honorable Manuel L. Real* |

TO THE HONORABLE COURT AND TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

After having heard and considered the papers and arguments presented and good cause appearing,

IT IS HEREBY ORDER THAT:

The stipulation regarding remand is granted based on the information obtained through further investigation by the parties. This action is remanded from the United States District Court, Central District of California back to state court.

DATE: April 25, 2017

_____
Honorable Manuel L. Real
United States District Judge

**ORDER ON STIPULATION REGARDING REMAND**